|   |   |
|---|---|
| 1 | BRUCE SCOTT DICKINSON, ESQ. |
|   | Nevada Bar No. 002297 |
| 2 | MICHAEL HOTTMAN, ESQ. |
|   | Nevada Bar No. 008501 |
| 3 | JACQUELINE N. WALTON, ESQ. |
| 4 | Nevada Bar No. 010602 |
|   | **STEPHENSON & DICKINSON, P.C.** |
| 5 | 2820 West Charleston Boulevard, Suite B-19 |
|   | Las Vegas, Nevada 89102 |
| 6 | Telephone: (702) 474-7229 |
| 7 | Facsimile: (702) 474-7237 |
|   | *email: admin@sdlawoffice.net* |
| 8 |   |
| 9 | Attorneys for Defendants |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSE CRUZ, an Individual; MARIA CRUZ, an Individual; GEOVANY MARTINEZ, an Individual, | CASE NO. 2:11-cv-00342-RCJ -LRL |
| Plaintiffs, | **ORDER** |
| vs. | **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS NEGLIGENT HIRING, TRAINING, AND POLICIES/PROCEDURES CAUSE OF ACTION** |
| DANNY DURBIN, an Individual; CHAMPION TRANSPORTATION SERVICES, INC., a foreign corporation; CHAMPION LOGISTICS GROUP, INC., a foreign corporation; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive, | |
| Defendants. | |

Defendants move for an extension of time within to file its Reply in support of its Motion to Dismiss Plaintiffs' Negligent Hiring, Training, and Policies/Procedures Cause of Action pursuant F.R.C.P. 12(b)(6).

///

///

1

In support of its motion, Defendants state as follows:

1. Defendants' Reply Brief is due to be filed on April 7, 2011.

2. Defendants' counsel has been engaged in trial before the Honorable Elissa F. Cadish in Department VI of the Eighth Judicial District Court in the case of *Gannon v. Werner Enterprises*, Case No. 08 A 560374. This trial commenced on March 21, 2011, and is expected to continue for another two weeks.

3. This matter is set for hearing on May 6, 2011 and Defendants have sufficient time to have their Reply filed.

WHEREFORE, Defendants respectfully request an extension of time within which to file their Reply, up to and including April 29, 2011.

**ORDER**

**IT IS SO ORDERED.**

**DATED: 04-22-2011.**

_____
Robert C. Jones
United States District Judge