**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

JESSE CRUZ, *et al.*,

          Plaintiffs,

vs.

DANNY DURBIN, *et al.*,

          Defendants.

Lead Case: 2:11–cv–342–LDG–VCF

**ORDER**

KAREN WILSON,

          Plaintiff,

vs.

JESSE CRUZ, *et al.*,

          Defendants.

Member Case: 2:12–cv–51–LDG–VCF

JESSE CRUZ, *et al.*,

          Plaintiffs,

vs.

WABASH NATIONAL CORPORATION, *et al.*,

          Defendants.

Member Case: 2:12–cv–1627–LDG–VCF

Before the Court is Imperium Insurance Company's Motion to Intervene (#120) filed in these consolidated actions on April 22, 2014.

To date, no opposition has been filed.  Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion."

As set forth in the unopposed motion, since April 17, 2014, Imperium Insurance Company ("Imperium") has paid a total of $861,600.15 in workers' compensation benefits to Jesse Cruz and a total of $115,426.46 in workers' compensation benefits to Geovany Martinez. Imperium claims the status of a subrogated insurer, acquiring the right to recover losses paid to these two plaintiffs from third parties, pursuant to NRS § 616C.215(2)(b).

Good cause appearing, it is HEREBY ORDERED that Imperium Insurance Company's Motion to Intervene (#120) is GRANTED.

DATED this 19th day of May, 2014.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE