**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSE CRUZ, an individual; MARIA CRUZ, an individual; GEOVANY MARTINEZ, and individual, | Consolidated |
| | Case No. 2:11-cv-0342-LDG-VCF (base file) |
| Plaintiffs, | |
| | Case No. 2:12-cv-0051-LDG-VCF |
| v. | |
| | Case No. 2:12-cv-1627-LDG-VCF |
| DANNY DURBIN, an individual; CHAMPION TRANSPORTATION SERVICES, INC., a foreign corporation; CHAMPION LOGISTICS GROUP, INC., a foreign corporation; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive; | **ORDER** |
| Defendants. | |
| LEXINGTON INSURANCE COMPANY, as subrogee for Champion Transportation Services, Inc., | |
| Counter-Claimant-in-Intervention, | |
| v. | |
| JESSE CRUZ, an individual, | |
| Counter-defendant-in-Intervention. | |

KAREN J. WILSON, individually and as
Independent Administrator of the ESTATE of
LARRY A. WILSON, a deceased person,

      Plaintiffs,

v.

JESSE R. CRUZ, individually and as Agent of
CLEM-TRANS, INC., a foreign corporation;
JOSE CASTRO; CLEM-TRANS, INC., a
foreign corporation, U.S. EXPRESS
ENTERPRISES, INC., a Nevada corporation;
A.P. EXPRESS, L.L.C., a foreign limited
liability company; A.P. EXPRESS
WORLDWIDE, L.L.C., a foreign limited
liability company, DOES INDIVIDUALS I-X
and ROES CORPORATIONS, LIMITED
LIABILITY COMPANIES, and OTHER
CORPORATE ENTITIES XI-XX, inclusive;

      Defendants.

_____

JESSE CRUZ, an individual; MARIA CRUZ,
an individual; GEOVANY MARTINEZ, an
individual;

      Plaintiffs,

v.

WABASH NATIONAL CORPORATION;
DOES I through XX, INCLUSIVE; and ROE
BUSINESS ENTITIES I through XX;

      Defendants.

It has come to the court's attention that the motion to intervene (#37), the motion to

dismiss (#40), and the motion to compel and for discovery sanctions (#44) in Case No. 2:12-cv-

1627-LDG-VCF have not been filed in Case No. 11-cv-0342-LDG-VCF (base file) in accordance

with the consolidation order (#24).  Therefore,

1    THE COURT HEREBY ORDERS that within twenty days of the filing of this order the

2    above-identified motions and related briefs of the parties shall be re-filed in the base file.  If any

3    other party wishes to respond to said filings, they should so move the court.

4

5    Dated this ____ day of September, 2014.

6

7

8    _____
     Lloyd D. George

9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26