**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JESSE CRUZ, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>DANNY DURBIN, *et al.*,<br><br>        Defendants. | Lead Case: 2:11–cv–342–LDG–VCF<br><br>**ORDER** |
| KAREN WILSON,<br><br>        Plaintiff,<br><br>vs.<br><br>JESSE CRUZ, *et al.*,<br><br>        Defendants. | Member Case: 2:12–cv–51–LDG–VCF |
| JESSE CRUZ, *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>WABASH NATIONAL CORPORATION, *et al.*,<br><br>        Defendants. | Member Case: 2:12–cv–1627–LDG–VCF |

Before the court is Plaintiff Karen Wilson's Notice of Intent to Appear by Communication Equipment (#171), which requests leave to appear for the court's October 9, 2014 hearing by telephone. Wilson's motion relies on an order from the Nevada Supreme Court, which permits litigants in state court to appear telephonically. This is federal court. The issue raised by Wilson's motion is strictly

procedural. Nevada law is inapplicable. FED. R. CIV. P. 1 ("These rules govern the procedure in all civil actions and proceedings in the United States district courts"); *Hanna v. Plumer*, 380 U.S. 460 (1965).

Nonetheless, the court grants Wilson's request to appear telephonically. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254–55 (1936) (discussing the court's inherent powers).

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Plaintiff Karen Wilson's request for leave to appear by telephone at the October 9, 2014 hearing is GRANTED. The call in conference number 1-702-868-4911, passcode 123456. The call must be generated from a lane line.

IT IS SO ORDERED.

DATED this 24th day of September, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE