1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8

9

10   JESSE CRUZ, an individual; MARIA CRUZ,        Consolidated
     an individual; GEOVANY MARTINEZ, and
11   individual,                                    Case No. 2:11-cv-0342-LDG-VCF (base
                                                    file)
12           Plaintiffs,
                                                    Case No. 2:12-cv-0051-LDG-VCF
13   v.
                                                    Case No. 2:12-cv-0627-LDG-VCF
14   DANNY DURBIN, an individual; CHAMPION
     TRANSPORTATION SERVICES, INC., a
15   foreign corporation; CHAMPION LOGISTICS        **ORDER**
     GROUP, INC., a foreign corporation; DOES I
16   through XX, inclusive; and ROE BUSINESS
     ENTITIES I through XX, inclusive;
17
18           Defendants.
     ───────────────────────────────────────
19
     LEXINGTON INSURANCE COMPANY, as
20   subrogee for Champion Transportation
     Services, Inc.,
21
             Counter-Claimant-in-Intervention,
22
     v.
23
     JESSE CRUZ, an individual,
24
             Counter-defendant-in-Intervention.
25
26

1 | KAREN J. WILSON, individually and as
Independent Administrator of the ESTATE of
2 | LARRY A. WILSON, a deceased person,

3 |      Plaintiffs,

4 | v.

5 | JESSE R. CRUZ, individually and as Agent of
CLEM-TRANS, INC., a foreign corporation;
6 | JOSE CASTRO; CLEM-TRANS, INC., a
foreign corporation, U.S. EXPRESS
7 | ENTERPRISES, INC., a Nevada corporation;
A.P. EXPRESS, L.L.C., a foreign limited
8 | liability company; A.P. EXPRESS
WORLDWIDE, L.L.C., a foreign limited
9 | liability company, DOES INDIVIDUALS I-X
and ROES CORPORATIONS, LIMITED
10 | LIABILITY COMPANIES, and OTHER
CORPORATE ENTITIES XI-XX, inclusive;
11 |
       Defendants.
12 | _____

13 | JESSE CRUZ, an individual; MARIA CRUZ,
an individual; GEOVANY MARTINEZ, an
14 | individual;

15 |      Plaintiffs,

16 | v.

17 | WABASH NATIONAL CORPORATION;
DOES I through XX, INCLUSIVE; and ROE
18 | BUSINESS ENTITIES I through XX;

19 |      Defendants.

20

21      On October 17, 2014, the magistrate judge filed a report recommending that Meritor, Inc.'s

22 motion to dismiss (#145) be granted (#179).  The court finds that the report and recommendation

23 is sound in every respect.  Accordingly,

24      THE COURT HEREBY ORDERS that the report and recommendation (#179) is

25 ADOPTED in its entirety.

26

2

1      THE COURT FURTHER ORDERS that Meritor, Inc.,'s motion to dismiss (#145) is

2   GRANTED, and that Meritor, Inc., is DISMISSED from this action.

3

4      Dated this 23 day of October, 2014.

5

6

7   _____

    Lloyd D. George

8   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26