**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| JESSE CRUZ, *et al.*, <br><br>          Plaintiffs, <br><br> vs. <br><br> DANNY DURBIN, *et al.*, <br><br>          Defendants. | Lead Case: 2:11–cv–342–LDG–VCF <br><br> **ORDER** |
| KAREN WILSON, <br><br>          Plaintiff, <br><br> vs. <br><br> JESSE CRUZ, *et al.*, <br><br>          Defendants. | Member Case: 2:12–cv–51–LDG–VCF |
| JESSE CRUZ, *et al.*, <br><br>          Plaintiffs, <br><br> vs. <br><br> WABASH NATIONAL CORPORATION, *et al.*, <br><br>          Defendants. | Member Case: 2:12–cv–1627–LDG–VCF |

Before the court is Plaintiff's Emergency Motion to Extend Discovery for Limited Purposes. (#183).

IT IS HEREBY ORDERED that any opposition to Plaintiff's Emergency Motion to Extend

Discovery for Limited Purposes (#183) must be filed by November 5, 2014. Any reply in support of Plaintiff's Emergency Motion to Extend Discovery for Limited Purposes (#183) must be filed by November 10, 2014.

DATED this 29th day of October, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE