**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JESSE CRUZ, *et al.*, | 2:11-cv-00342-LDG-VCF |
| Plaintiffs, | |
| vs. | Consolidated with: |
| DANNY DURBIN, *et al.*, | 2:12-cv-00051-LDG-VCF |
| Defendants. | 2:12-cv-01627-LDG-VCF |
| *et al.* | **MINUTE ORDER** |

Defendants Clem-Trans, Inc., Glory Clemons-Brown, Geovany Martinez, Manuel A. Solorzano, Jose Castro, Salvador Villalobos, and Counter-Defendant-in-Intervention Jesse Cruz filed a Notice of Non-Appearance at the hearing scheduled for 1:00 p.m., Thursday, December 4, 2014. (#195). These parties state that they have reached a settlement.

On December 4, 2014, Plaintiff, Karen J. Wilson, individually and as independent administrator of the Estate of Larry A. Wilson, a deceased person, filed a Notice of Non-Appearance for today's hearing scheduled for 1:00 p.m., Thursday, December 4, 2014. She also reports a settlement agreement in this matter. (#196).

Until the reported settlements are final, counsel for the settling parties must continue to appear at all hearings set by the court, absent a court order excusing their appearance. The presence of all counsel, settling or not, is required at today's hearing at 1:00 p.m., Thursday, December 4, 2014.

Accordingly,

IT IS HEREBY ORDERED that all parties' counsel in this action appear at today's hearing, scheduled for 1:00 p.m., Thursday, December 4, 2014, in courtroom 3D. Only local counsel need appear

for settling parties or counsel admitted *Pro Hac Vice*.

DATED this 4th day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE