McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
　*wade.hansard@mccormickbarstow.com*
Anne E. Padgett
Nevada Bar No. 6772
　*anne.padgett@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:　(702) 949-1100
Facsimile:　(702) 949-1101

Attorneys for Defendants
CLEM-TRANS, INC.; GLORY CLEMONS-BROWN; GEOVANY MARTINEZ, MANUEL A. SOLORZANO; JOSE CASTRO; SALVADOR VILLALOBOS;
and Counter-Defendant-in-Intervention JESSE CRUZ

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JESSE CRUZ, an Individual; MARIA CRUZ, an Individual; GEOVANY MARTINEZ, an Individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DANNY DURBIN, an Individual; CHAMPION TRANSPORTATION SERVICES, INC. a foreign corporation; CHAMPION LOGISTICS GROUP, INC., a foreign corporation; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>　　　　Defendants.<br><br>LEXINGTON INSURANCE COMPANY, as Subrogee for Champion Transportation Services, Inc., | Case No. 2:11-cv-00342-LDG-VCF<br><br>CONSOLIDATED WITH:<br><br>2:12-cv-00051-LDG-VCF<br>And<br>2:12-cv-01627-JAD-CWH<br><br>**DEFENDANTS CLEM-TRANS, INC.; GLORY CLEMONS-BROWN; GEOVANY MARTINEZ, MANUEL A. SOLORZANO; JOSE CASTRO; SALVADOR VILLALOBOS; AND COUNTER-DEFENDANT-IN-INTERVENTION JESSE CRUZ'S EMERGENCY MOTION FOR EXTENSION OF TIME TO SUBMIT SETTLEMENT DOCUMENTS** |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2:11-cv-00342-LDG-VCF

|   |   |
|---|---|
| 1 | Counter-Claimant/Intervenor, |
| 2 | v. |
| 3 | JESSE CRUZ, an Individual, |
| 4 | Counter-Defendant-in- |
| 5 | Intervention. |
| 6 | |
| 7 | KAREN J. WILSON, Individually and as Independent Administrator of the Estate of |
| 8 | LARRY A. WILSON, a Deceased Person, |
| 9 | Plaintiffs, |
| 10 | v. |
| 11 | JESSE R. CRUZ, Individually and as Agent of Clem-Trans, Inc., a foreign corporation; |
| 12 | GEOVANY MARTINEZ, Individually and as Agent of Clem-Trans, Inc., a foreign |
| 13 | corporation; JOSE CASTRO, Individually and as Agent of Clem-Trans, Inc., a foreign |
| 14 | corporation; SALVADOR VILLALOBOS, Individually and d/b/a Villalobos Trucking and |
| 15 | as Agent of Clem-Trans, Inc., a foreign corporation; SALVADOR SOLORZANO, |
| 16 | Individually and d/b/a SS Trucking, and as Agent of Clem-Trans, Inc., a foreign |
| 17 | corporation; MANUEL A. SOLORZANO, Individually and d/b/a Manuel A. Solorzano |
| 18 | Trucking, and as Agent of Clem-Trans, Inc., a foreign corporation; GLORY CLEMONS- |
| 19 | BROWN, Individually and as Agent of Clem-Trans, Inc., a foreign corporation, URISTAS |
| 20 | TRANSPORTS, INC., a foreign corporation MAS TRUCKING, INC., a foreign |
| 21 | corporation; CLEM-TRANS, INC., a foreign corporation; MATHESON FAST FREIGHT, |
| 22 | INC., a foreign corporation; MATHESON POSTAL SERVICES, INC., a foreign |
| 23 | corporation; MATHESON TRUCKING, INC., a foreign corporation; DEPENDABLE |
| 24 | HIGHWAY EXPRESS, INC., a foreign corporation, Individually and as Successor-in- |
| 25 | interest to Matheson Trucking Inc.; DOE(S) (INDIVIDUALS) II-X and ROE(S) |
| 26 | CORPORATION(S) LIMITED LIABILITY COMPANIE(S) AND OTHER CORPORATE |
| 27 | ENTITIE(S)) XIII-XX, inclusive, |
| 28 | Defendants. |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2                                    2:11-cv-00342-LDG-VCF

|  |  |
|---|---|
| JESSE CRUZ, an individual; MARIA CRUZ, an individual; GEOVANY MARTINEZ, an individual;<br><br>    Plaintiffs,<br><br>    v.<br><br>WABASH NATIONAL CORPORATION; DOES I through XX, INCLUSIVE; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>    Defendants. |  |

**DEFENDANTS CLEM-TRANS, INC.; GLORY CLEMONS-BROWN; GEOVANY MARTINEZ, MANUEL A. SOLORZANO; JOSE CASTRO; SALVADOR VILLALOBOS; AND COUNTER-DEFENDANT-IN-INTERVENTION JESSE CRUZ'S EMERGENCY MOTION FOR EXTENSION OF TIME TO SUBMIT SETTLEMENT DOCUMENTS**

COME NOW DEFENDANTS CLEM-TRANS, INC.; GLORY CLEMONS-BROWN; GEOVANY MARTINEZ, MANUEL A. SOLORZANO; JOSE CASTRO; SALVADOR VILLALOBOS; AND COUNTER-DEFENDANT-IN-INTERVENTION JESSE CRUZ, by and through their attorneys of McCormick, Barstow, Sheppard, Wayte & Carruth LLP, hereby move this Court for an Order granting an extension of time to submit to the Court the Stipulation and Order dismissing Wilson v. Cruz, 2:12cv51-LDG-VCF, one of three consolidated matters.

**MEMORANDUM IN SUPPORT OF MOTION**

At the hearing of December 4, 2014, the parties discussed the settlement of all claims in Wilson v. Cruz as well as Lexington Insurance Company's counter-claim against Jesse Cruz. Counsel for the settling parties understood the Court to order that the parties must exchange settlement documents and submit the Stipulation and Order for Dismissal to the Court by December 18, 2014. The parties proceeding accordingly. However, when the Order on the December 4th hearing was issued by the Court on December 10, 2014, the deadline provided for accomplishing this task was December 12, 2014. Unfortunately, the parties are not able to file a Stipulation and Order for Dismissal today because the parties have not yet agreed upon the final language of the document and

1  the settlement check issued on behalf of the Clem-Trans-related defendants remains outstanding.
2  Defendants, therefore, respectfully request that the deadline for filing the Stipulation and Order for
3  Dismissal be extended to December 18, 2014.

DATED this 12 day of December, 2014

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By _____
Wade M. Hansard
Nevada Bar No. 8104
Anne E. Padgett
Nevada Bar No. 6772
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendants CLEM-TRANS, INC.;
GLORY CLEMONS-BROWN; GEOVANY
MARTINEZ, MANUEL A. SOLORZANO; JOSE
CASTRO; SALVADOR VILLALOBOS;
and Counter-Defendant-in-Intervention JESSE
CRUZ

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: December 16, 2014

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

4                                               2:11-cv-00342-LDG-VCF

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2014, a true and correct copy of **DEFENDANTS CLEM-TRANS, INC.; GLORY CLEMONS-BROWN; GEOVANY MARTINEZ, MANUEL A. SOLORZANO; JOSE CASTRO; SALVADOR VILLALOBOS; AND COUNTER-DEFENDANT-IN-INTERVENTION JESSE CRUZ'S EMERGENCY MOTION FOR EXTENSION OF TIME TO SUBMIT SETTLEMENT DOCUMENTS** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By _____
Kristin Thomas, an Employee of
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

13456-00047 3178666.1