# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

JESSE CRUZ, *et al.,*

        Plaintiffs,

vs.

DANNY DURBIN, *et al.,*

        Defendants.

2:11-cv-00342-LDG-VCF
Consolidated with:
2:12-cv-00051-LDG-VCF
and
2:12-cv-01627-JAD-CWH

**ORDER**

Before the court is Defendants Clem-Trans, Inc.; Glory Clemons-Brown; Geovany Martinez, Manuel A. Solorzano; Jose Castros; Salvador Villalobos; and Counter-Defendant-In-Intervention Jesse Cruz's Second Emergency Motion for Extension of Time to Submit Settlement Documents. (#210).

IT IS HEREBY ORDERED that Defendants Clem-Trans, Inc.; Glory Clemons-Brown; Geovany Martinez, Manuel A. Solorzano; Jose Castros; Salvador Villalobos; and Counter-Defendant-In-Intervention Jesse Cruz's Second Emergency Motion for Extension of Time to Submit Settlement Documents (#210) is GRANTED.

IT IS FURTHER ORDERED that the stipulation and order for dismissal must be filed on or before 4:00 p.m., December 23, 2014.

DATED this 22nd day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE