# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JESSE CRUZ, *et al.*, | |
| Plaintiffs, | 2:11-cv-00342-RCJ-VCF |
| vs. | Consolidated with:<br>2:12-cv-00051<br>2:13-cv-01627 |
| WABASH NATIONAL CORPORATION, *et al.*, | |
| Defendants. | **ORDER** |

On January 7, 2015, Defendants Danny Durbin and Champion Transportation Services, LLC filed an Emergency Joint Motion to Stay Discovery. (#215).

IT IS HEREBY ORDERED that a hearing is scheduled for 10:30 a.m., January 9, 2015, in courtroom 3D, on the following motions:

1. Motion to exclude " supplemental" report of David Peck and late disclosed witness pursuant to Federal Rule of Civil Procedure 37(C)(1) (#191),

2. Plaintiffs' Motion to Strike Defendant Wabash's Witness and Documents (#205),

3. Joint Motion to Extend Deadline for Status Report re Consolidation of Trial (#208),

4. Emergency Joint Motion to Stay Discovery (#215).

DATED this 8th day of January, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE