# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JESSE CRUZ, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> WABASH NATIONAL CORPORATION, *et al.*, <br><br> Defendants. | 2:11-cv-00342-RCJ-VCF <br> Consolidated with: <br> 2:12-cv-00051 <br> 2:13-cv-01627 <br><br> **ORDER** |

Pursuant to counsel's request,

IT IS HEREBY ORDERED that the hearing scheduled for 10:30 a.m., January 9, 2015 is rescheduled to 1:30 p.m., January 9, 2015, in courtroom 3D.

DATED this 8th day of January, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE