PAT LUNDVALL (NSBN 3761)
CRAIG A. NEWBY (NSBN 8591)
JEFFRY S. RIESENMY (NSBN 12855)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone:     702.873.4100
Facsimile:      702.873.9966
lundvall@mcdonaldcarano.com
cnewby@mcdonaldcarano.com
jriesenmy@mcdonaldcarano.com

*Attorneys for Defendant Wabash National
Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSE CRUZ, et al., | Case No.:    2:11-cv-00342-GMN-VCF |
| Plaintiffs, | |
| vs. | CONSOLIDATED WITH: Case Nos.: 2:12-cv-00051-GMN-VCF<br>                2:12-cv-01627-JAD-CWH |
| DANNY DURBIN, et al., | |
| Defendants. | **STIPULATION TO CONTINUE DEADLINE FOR DISPOSITIVE MOTIONS AND STIPULATION REGARDING TRIAL CONSOLIDATION**<br><br>**[FIRST REQUEST]** |

McDONALD · CARANO · WILSON LLP
2300 WEST SAHARA AVENUE • SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE (702)873-4100 • FAX (702) 873-9966

Pursuant to Fed. R. Civ. P. 6(b)(1)(a), LR 6-1, LR 6-2, and LR 7-1, Defendants Wabash National Corporation ("Wabash"), Danny Durbin, and Champion Transportation Services, Inc. (collectively "Defendants"), Plaintiffs Jesse Cruz and Geovany Martinez (collectively "Plaintiffs"), and Imperium Insurance, by and through the undersigned counsel, hereby stipulate to a two-week extension of the dispositive motion deadline and the deadline to submit a stipulation regarding consolidation of the remaining cases for trial, from **Friday May 15, 2015** to **Friday, May 29, 2015**. All remaining parties to these consolidated cases agree to this stipulation.

Federal Rule of Civil Procedure 6(b)(1) allows this Court to extend the time "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension

expires" "for good cause."  Based on the circumstances set forth below, good cause exists for this Court to provide the requested extension.

Transcripts have not been provided by the respective court reporters for three depositions taken in the Midwest.  Specifically, Plaintiffs and Wabash took the depositions of their respective experts in Lafayette, Indiana and Southfield, Michigan on **April 28 and April 29, 2015**. Additionally, Plaintiffs took the deposition of Wabash's David Kunkel, who was disclosed a non-retained expert witness and a fact witness.  To date, court reporters located where these depositions have taken place have not provided transcripts to any party to this case.  These transcripts are essential for any dispositive motion the parties intend to file in this case.  Similarly, these same transcripts may be necessary for any relevant oppositions to such motions.

There is no prejudice to any party or any potential trial date resulting from this two week extension requested herein, as Plaintiffs and Defendants will all require the deposition transcripts to the extent they wish to file or oppose dispositive motions.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McDONALD · CARANO · WILSON LLP
2300 WEST SAHARA AVENUE • SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE (702) 873-4100 • FAX (702) 873-9966

1    Similarly, good cause exists to briefly continue the deadline for a stipulation to consolidate

2  the separate cases for trial, as any effort to reach a stipulation will require communication that has

3  not been possible amongst all counsel this week.

4    Accordingly, the Defendants jointly request that the Court continue the **May 15, 2015**

5  deadline for dispositive motions and a stipulation regarding trial consolidation two weeks until **May**

6  **29, 2015**.

7    Dated this 15th day of May, 2015.

8  McDONALD CARANO WILSON LLP                    STEPHENSON & DICKINSON

9

10  By: /s/  Craig A. Newby_____       By: /s/ Michael Hottman_____
     PAT LUNDVALL (NSBN 3761)                        BRUCE S. DICKINSON (NSBN 2297)
11   CRAIG A. NEWBY (NSBN 8591)                      MICHAEL HOTTMAN (NSBN 8501)
     JEFFRY S. RIESENMY (NSBN 12855)                 2820 W. Charleston Blvd, Suite B-19
12   2300 W. Sahara Avenue, #1200                    Las Vegas, NV  89102
     Las Vegas, Nevada 89102
13                                                   *Attorneys for Durbin Defendants*
     *Attorneys for Defendant Wabash National*
14   *Corporation*

15  LADAH LAW FIRM, PLLC                           ROSENGARTEN & ASSOCIATES

16  By: /s/ Ramzy Paul Ladah_____         By: /s/ Ronald D. Rosengarten_____
     RAMZY PAUL LADAH (NSBN 11405)                   RONALD D. ROSENGARTEN
17   517 S. Third Street                             28632 Roadside Drive, Suite 212
     Las Vegas, NV  89101                            Agoura Hills, CA  91301
18

19   PATRICK MCKNIGHT                                BRIAN E. HOLTHUS (NSBN 2720)
     7473 W. Lake Mead, Ste. 100                     Jolly Urga Wirth Woodbury & Standish
20   Las Vegas, NV  89129                            3800 Howard Hughes Parkway, 16th Floor
                                                     Las Vegas, NV  89169
21   *Attorneys for Plaintiffs*
                                                     *Attorneys for Imperium Insurance*
22

23

24                                                   **IT IS SO ORDERED**:

25                                                   _____

26

27                                                   UNITED STATES MAGISTRATE JUDGE

28                                                   DATED:  ___May 15, 2015_____

334228.3

McDONALD · CARANO · WILSON LLP
2300 WEST SAHARA AVENUE • SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE (702)873-4100 • FAX (702) 873-9966