BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile:  (702) 474-7237
*email:  admin@sdlawoffice.net*

Attorneys for Danny Durbin and
Champion Transportation, Services, Inc

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSE CRUZ, an Individual; MARIA CRUZ, an Individual; GEOVANY MARTINEZ, an Individual,<br><br>                    Plaintiffs,<br>vs.<br><br>DANNY DURBIN, an Individual; CHAMPION TRANSPORTATION SERVICES, INC., a foreign corporation; CHAMPION LOGISTICS GROUP, INC., a foreign corporation; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>                    Defendants,<br>_____<br><br>AND ALL RELATED CASES | CASE NO.  02:11-CV-00342-LDG-VCF<br><br>Consolidated with:<br>2:12-cv-0051-LDG-VCF<br>2:12-cv-01627-LDG-VCF<br><br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR RESPONSES AND REPLIES TO DISPOSITIVE MOTIONS**<br>**(First Request)** |

Pursuant to F.R.C.P. 6, and Local Rules 6-1, 6-2, and 7-1, the parties, by and through their undersigned attorneys of record, stipulate to a 10 day extension to the deadlines set for responding and replying to dispositive motions.  The current response deadline is June 22, 2015; and the

1

deadline for replies is currently set for July 6, 2015.  The proposed deadline for responses shall be July 2, 2015; and the deadline for replies shall be extended to July 16, 2015.

All the remaining parties in this case have stipulated to the extension.

Pursuant to F.R.C.P. 6(b)(1), good cause exists for the extension because due to scheduling conflicts with discovery in other cases, i.e. pre-scheduled depositions, a mediation, and a client meeting involving out of state travel, attorneys for Champion and Mr. Durbin have been unable to meet the current response deadline.  Counsel for Champion has conferred with the remaining parties in this case and none have objected to the extension.

In addition, there is no prejudice or any known conflict with potential trial dates.

| | |
|---|---|
| DATED this 22nd day of June, 2015.<br><br>___/s/ Michael Hottman_____<br>BRUCE SCOTT DICKINSON<br>Nevada Bar No. 002297<br>MICHAEL E. HOTTMAN, ESQ.<br>Nevada Bar No.: 008501<br>STEPHENSON & DICKINSON<br>2820 W. Charleston Blvd., Suite 19<br>Las Vegas, Nevada 89102<br>P:  702-474-7229<br>F:  702-474-7237<br>*Attorneys for Danny Durbin and Champion Transportation* | DATED this 22nd day of June, 2015.<br><br>____/s/ Craig A. Newby_____<br>CRAIG A. NEWBY, ESQ.<br>Nevada Bar No.: 008591<br>McDonald Carano Wilson LLP<br>2300 West Sahara Avenue, Suite 1000-10<br>Las Vegas, NV  89102<br>P:  702-873-4100<br>F:  702 -873-9966<br>*Attorneys for Wabash National* |

*///*

*///*

*///*

*///*

*///*

*///*

*///*

2

| | |
|---|---|
| DATED this 22nd day of June, 2015.<br><br>_____/s/ Ramzy Ladah_____<br>PATRICK MCKNIGHT, ESQ.<br>Nevada Bar No.: 004120<br>9960 West Cheyenne Avenue - #190<br>Las Vegas, NV  89129<br>Phone: 702-822-6800<br>Fax:    800-604-7015<br><br>RAMZY LADAH, ESQ.<br>Nevada Bar No.:  011405<br>517 S. Third Street<br>Las Vegas, NV  89101<br>P:       702-252-0055<br>F:       702-248-0055<br>*Attorneys for Plaintiffs* | DATED this 22nd day of June, 2015.<br><br>_____/s/ Ronald D. Rosengarten_____<br>BRIAN E. HOLTHUS, ESQ.<br>Nevada Bar No.: 002720<br>Jolly Urga Wirth Woodbury & Standish<br>3800 Howard Hughes Parkway, 16th Fl.<br>Las Vegas, NV  89169<br>P: 702-699-7500<br>F: 702-699-7555<br><br>RONALD D. ROSENGARTEN<br>Pro Hac Attorney<br>Rosengarten & Associates<br>23801 Calabasas Road, Suite 1015<br>Calabasas, CA  91302<br>P: 818-225-5070<br>*Attorneys for Imperium Insurance* |

**ORDER**

**It is so ordered.**

_____
DISTRICT COURT JUDGE
LLOYD D. GEORGE

Dated: _____25_____ June 2015_____

3