RAMZY P. LADAH, ESQ.
Nevada Bar No. 11405
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
Attorneys for Plaintiffs
Jesse Cruz, Maria Cruz & Geovany Martinez

LADAH LAW FIRM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSE CRUZ, an Individual; MARIA CRUZ, an Individual; GEOVANY MARTINEZ, an Individual,,<br><br>Plaintiffs,<br><br>vs.<br><br>DANNY DURBIN, an Individual; CHAMPION TRANSPORTATION SERVICES, INC., a foreign corporation; CHAMPION LOGISTICS GROUP, INC., a foreign corporation; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No.: 02:11-cv-00342-LDG-VCF<br>Consolidated:<br>2:12-cv-00051<br>2:12-cv-01627<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR REPLIES TO DISPOSITIVE MOTIONS (Second Request)** |
| AND ALL OTHER RELATED ACTIONS. | |

Pursuant to F.R.C.P. 6, and Local Rules 6-1, 6-2, and 7-1, the parties, by and through their undersigned attorneys of record, stipulate to a 14 day extension to the deadlines set for replying to dispositive motions. The current reply deadline is July 16, 2015. The proposed deadline for replies shall be extended to July 30, 2015.

All the remaining parties in this case have stipulated to the extension.

Pursuant to F.R.C.P. 6(b)(1), good cause exists for the extension because counsel for Plaintiffs, Jesse Cruz, Maria Cruz and Geovany Martinez, have been unable to meet the current reply deadline due to scheduling conflicts with a two week trial that is currently ongoing.

Counsel for Plaintiffs has conferred with the remaining parties in this case and none have objected to the extension.

In addition, there is no prejudice or any known conflict with potential trial dates.

DATED this 16th day of July, 2015.

**LADAH LAW FIRM**

*/s/ Ramzy P. Ladah, Esq.*

RAMZY P. LADAH, ESQ.
Nevada Bar No. 11405
517 S. Third Street
Las Vegas, NV 89101

PATRICK McKNIGHT, ESQ.
Nevada Bar No. 4120
7473 W. Lake Mead Blvd., Ste. 100
Las Vegas, NV 89128
*Attorneys for Plaintiffs*
*Jesse Cruz, Maria Cruz & Geovany Martinez*

DATED this 16th day of July, 2015.

**ROSENGARTEN & ASSOCIATES**

*/s/ Ronald D. Rosengarten, Esq.*

RONALD D. ROSENGARTEN, ESQ.
Pro Hac Attorney
23801 Calabasas Rd., Ste. 1015
Calabasas, CA 91302

BRIAN E. HOLTHUS, ESQ.
Nevada Bar No. 2720
Jolley Urga Wirth Woodbury & Standish
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
*Attorneys for Intervenor*
*Imperium Insurance Co.*

DATED this 16th day of July, 2015.

**STEPHENSON & DICKINSON**

*/s/ Michael E. Hottman, Esq.*

BRUCE S. DICKINSON, ESQ.
Nevada Bar No. 2297
MICHAEL E. HOTTMAN, ESQ.
Nevada Bar No. 8501
2820 W. Charleston Blvd., Suite 19
Las Vegas, Nevada 89102
*Attorneys for Defendants*
*Danny Durbin & Champion Transportation*

DATED this 16th day of July, 2015.

**MCDONALD CARANO WILSON**

*/s/ Craig A. Newby, Esq.*

CRAIG A. NEWBY, ESQ.
Nevada Bar No. 8591
2300 W. Sahara Ave., #1000-10
Las Vegas, NV 89102
*Attorney for Defendant*
*Wabash National Corporation*

LADAH LAW FIRM

**ORDER**

Based upon the foregoing Stipulation, IT IS SO ORDERED.

DATED this 20 day of July, 2015.

DISTRICT COURT JUDGE
LLOYD D. GEORGE

Respectfully submitted by:

**LADAH LAW FIRM**

*/s/ Ramzy P. Ladah, Esq.*

RAMZY P. LADAH, ESQ.
Nevada Bar No. 11405
517 S. Third Street
Las Vegas, NV 89101

PATRICK McKNIGHT, ESQ.
Nevada Bar No. 4120
7473 W. Lake Mead Blvd., Ste. 100
Las Vegas, NV 89128

Attorneys for Plaintiffs
Jesse Cruz, Maria Cruz, & Geovany Martinez

LADAH LAW FIRM