UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSE CRUZ, et al., | 2:11-cv-342-LDG-VCF |
| Plaintiffs, | JUDGMENT |
| v. | |
| DANNY DURBIN, et al, | |
| Defendants. | |
| and related actions. | |

Defendant Meritor, Inc.'s, motion having come before the court and the court having considered the issues therein and rendered its decision that there is no just reason for delay, therefore,

THE COURT HEREBY ORDERS that judgment is ENTERED in favor of defendant Meritor, Inc., and against plaintiffs.

DATED this 21 day of September, 2015.

_____
Lloyd D. George
United States District Judge