**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
Attorneys for Plaintiffs
Jesse Cruz, Maria Cruz & Geovany Martinez

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSE CRUZ, an Individual; MARIA CRUZ, an Individual; GEOVANY MARTINEZ, an Individual,,<br><br>Plaintiffs,<br><br>vs.<br><br>DANNY DURBIN, an Individual; CHAMPION TRANSPORTATION SERVICES, INC., a foreign corporation; CHAMPION LOGISTICS GROUP, INC., a foreign corporation; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No.:   02:11-cv-00342-LDG-VCF<br>Consolidated:<br>         2:12-cv-00051<br>         2:12-cv-01627<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO EXCLUDE DEFENDANT'S EXPERT WILLIAM MESSERSCHMIDT (First Request)** |
| AND ALL OTHER RELATED ACTIONS. | |

Pursuant to F.R.C.P. 6, and Local Rules 6-1, 6-2, and 7-1, the parties, by and through their undersigned attorneys of record, stipulate to a 6 day extension to the deadline set for replying to Defendant's Response to Plaintiff's Motion to Exclude Defendant's Expert William Messerschmidt (Document 253). The current reply deadline is March 17, 2016. The proposed deadline for reply shall be extended to March 23, 2016.

Pursuant to F.R.C.P. 6(b)(1), good cause exists for the extension because counsel for Plaintiffs, Jesse Cruz, Maria Cruz and Geovany Martinez, are unable to meet the current reply deadline due to scheduling conflicts with discovery in other cases.

200111 / 2025

In addition, there is no prejudice or any known conflict with potential trial dates.

DATED this 16th day of March, 2016.                    DATED this 16th day of March, 2016.

**LADAH LAW FIRM**                                      **STEPHENSON & DICKINSON**

*/s/ Ramzy P. Ladah, Esq,*                              */s/ Bruce S. Dickinson, Esq.*

**RAMZY P. LADAH, ESQ.**                                **BRUCE S. DICKINSON, ESQ.**
Nevada Bar No. 11405                                    Nevada Bar No. 2297
517 S. Third Street                                     **MICHAEL E. HOTTMAN, ESQ.**
Las Vegas, NV 89101                                     Nevada Bar No. 8501
*and*                                                   2820 W. Charleston Blvd., Suite 19
**PATRICK McKNIGHT, ESQ.**                              Las Vegas, Nevada 89102
Nevada Bar No. 4120                                     *Attorneys for Defendants*
7473 W. Lake Mead Blvd., Ste. 100                       *Danny Durbin & Champion Transportation*
Las Vegas, NV  89128
*Attorneys for Plaintiffs*
*Jesse Cruz, Maria Cruz & Geovany Martinez*

## O R D E R

Based upon the foregoing Stipulation, IT IS SO ORDERED.

DATED this 5th day of April, 2016.

_____
U.S. MAGISTRATE JUDGE

Respectfully submitted by:

**LADAH LAW FIRM**

*/s/ Ramzy P. Ladah, Esq.*

**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
517 S. Third Street
Las Vegas, NV 89101


**PATRICK McKNIGHT, ESQ.**
Nevada Bar No. 4120
7473 W. Lake Mead Blvd., Ste. 100
Las Vegas, NV  89128

Attorneys for Plaintiffs
Jesse Cruz, Maria Cruz, & Geovany Martinez