**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JESSE CRUZ, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br> DANNY DURBIN, *et al.*, <br><br> Defendants. | 2:11-cv-00342-LDG-VCF <br> **ORDER** |

Before the court is Defendant's Motion for Determination of Good Faith Settlement (ECF No. 264).

IT IS HEREBY ORDERED that a hearing on Defendant's Motion for Determination of Good Faith Settlement (ECF No. 264) is scheduled for 1:30 p.m., August 16, 2016, in courtroom 3D.

DATED this 22nd day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE