PAT LUNDVALL (NSBN 3761)
CRAIG A. NEWBY (NSBN 8591)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone:   702.873.4100
lundvall@mcdonaldcarano.com
cnewby@mcdonaldcarano.com

BRIAN M. JOHNSON (admitted *pro hac vice*)
DICKINSON WRIGHT PLLC
300 W. Vine Street
Suite 1700
Lexington, KY  40507
Telephone:   859.899.8704
bjohnson@dickinsonwright.com

*Attorneys for Defendant Wabash National Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSE CRUZ, et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>DANNY DURBIN, et al.,<br><br>   Defendants. | Case No.:   2:11-cv-00342-LDG-VCF<br><br>Consolidated with:<br>Case Nos.: 2:12-cv-00051-GMN-VCF<br>           2:12-cv-01627-JAD-CWH<br><br>**NOTICE OF SETTLEMENT**<br><br>AND ORDER |

Plaintiffs Jesse Cruz, Maria Cruz, and Geovany Martinez (collectively "Plaintiffs") and Defendant Wabash National Corporation ("Wabash") have reached a settlement of the remaining claims in this consolidated case. The final settlement agreement, which will include a stipulation to dismiss all remaining claims with prejudice, can be completed in advance of the already-scheduled October 24, 2016 status conference.

/ / /

/ / /

1

The settling parties respectfully request that the Court stay further proceedings in this case as the final settlement documents are completed.

Dated this 30th day of September, 2016                    Dated this 30th day of September, 2016.

LADAH LAW FIRM                                             McDONALD CARANO WILSON LLP

/s/ Ramzy Paul Ladah                                       /s/ Craig A. Newby
RAMZY PAUL LADAH, ESQ. (#11405)                            PAT LUNDVALL, ESQ. (#3761)
7517 S. Third Street                                       CRAIG A. NEWBY, ESQ. (#8591)
Las Vegas, Nevada  89101                                   2300 West Sahara Avenue, Suite 1200
                                                           Las Vegas, Nevada  89102
PATRICK McKNIGHT, ESQ. (#4120)
7473 W. Lake Mead Blvd., Ste. 100                          BRIAN M. JOHNSON (admitted *pro hac vice*)
Las Vegas, Nevada  89129                                   DICKINSON WRIGHT PLLC
                                                           300 W. Vine Street
*Attorneys for Plaintiffs*                                 Suite 1700
                                                           Lexington, KY  40507

                                                           *Attorneys for Wabash National Corporation*

ORDER

IT IS SO ORDERED that further proceedings in this case are stayed as final settlement documents are completed.

DATED this _____ day of October, 2016.

_____
Lloyd D. George
Sr. U.S. District Judge

2