**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JESSE CRUZ, *et al.*, | |
|         Plaintiffs, | 2:11-cv-00342-LDG-VCF |
| vs. | **<u>MINUTE ORDER</u>** |
| DANNY DURBIN, *et al.*, | |
|         Defendants. | |

Before the Court is Wabash National Corporation's Conditional Motion to Strike Jesse Cruz's Alleged Damages for Brain Injury (ECF No. 277).

This case is stayed pending settlement. (ECF No. 281).

Accordingly,

IT IS HEREBY ORDERED that Wabash National Corporation's Conditional Motion to Strike Jesse Cruz's Alleged Damages for Brain Injury (ECF No. 277) is DENIED without prejudice.

DATED this 14th day of October, 2016.

                                                        _____
                                                        CAM FERENBACH
                                                        UNITED STATES MAGISTRATE JUDGE